IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Senator SHELDON WHITEHOUSE, and Senator MAZIE K. HIRONO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MATTHEW G. WHITAKER, in his official capacity as purported Acting Attorney General of the United States; and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>　　　　Defendants. | Civil Action No. 1:18-cv-2664 |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearance of Ben Berwick as counsel of record for Plaintiffs in the above-captioned matter.

Date: November 19, 2018

/s/ *Ben Berwick*
Ben Berwick (D.D.C. Bar No. MA0004)
THE PROTECT DEMOCRACY PROJECT
10 Ware St.
Cambridge, MA 02138
(202) 856-9191
Ben.Berwick@protectdemocracy.org