AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| RICHARD BLUMENTHAL, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-cv-2664 |
| MATTHEW G. WHITAKER, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RICHARD BLUMENTHAL, et al.                                                                                      .

Date:     11/19/2018

/s/ Elizabeth B. Wydra
*Attorney's signature*

Elizabeth B. Wydra (DC Bar No. 483298)
*Printed name and bar number*

Constitutional Accountability Center
1200 18th Street NW, Suite 501
Washington, D.C. 20036
*Address*

elizabeth@theusconstitution.org
*E-mail address*

(202) 296-6889
*Telephone number*

*FAX number*