# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Senator RICHARD BLUMENTHAL, Senator SHELDON WHITEHOUSE, and Senator MAZIE K. HIRONO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MATTHEW G. WHITAKER, in his official capacity as purported Acting Attorney General of the United States; and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>　　　　Defendants. | Civil Action No. 1:18-cv-02664 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearance of Anne Tindall as counsel of record for Plaintiffs in the above-captioned matter.

Date: November 19, 2018　　　　　　　　　/s/ *Anne Tindall*
　　　　　　　　　　　　　　　　　　　　Anne Tindall (D.C. Bar No. 494607)
　　　　　　　　　　　　　　　　　　　　THE PROTECT DEMOCRACY PROJECT
　　　　　　　　　　　　　　　　　　　　2020 Pennsylvania Ave., NW, #163
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　(202) 856-9191
　　　　　　　　　　　　　　　　　　　　Anne.Tindall@protectdemocracy.org