Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICHARD BLUMENTHAL, et al

    Plaintiff

vs.                        Civil No.   18-2664   (RDM)

MATTHEW G. WHITAKER, et al      Category  L

    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 11/29/2019 from Judge Trevor N. McFadden to Judge Randolph D. Moss by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:   Judge Trevor N. McFadden   & Courtroom Deputy
       Judge Randolph D. Moss   & Courtroom Deputy
       Liaison, Calendar and Case Management Committee