**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Senator RICHARD BLUMENTHAL, *et al.*,

    Plaintiffs,

v.

MATTHEW G. WHITAKER, *et al.*,

    Defendants.

Civil Action No. 18-2664 (RDM)

**AFFIDAVIT OF MAILING**

I, Rebecca Damante, hereby state that:

I am a Research and Administrative Associate at the Constitutional Accountability Center.

On November 26, 2018, I caused to be deposited in the United States Mail three copies of the summons and complaint in the above-captioned case, certified mail, postage prepaid, return receipts requested, addressed to the following three recipients:

Civil-Process Clerk
United States Attorney's Office
555 4th Street, N.W.
Washington, DC 20530

Matthew G. Whitaker
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

President Donald J. Trump
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

1

I have received the return receipt for the certified mail, No. 70180360000212814614 (attached hereto), indicating that delivery of the summons and complaint was made upon the United States Attorney for the District of Columbia on November 29, 2018.

I have received the return receipt for the certified mail, No. 70180360000212814607 (attached hereto), indicating that delivery of the summons and complaint was made upon Defendant Matthew G. Whitaker on November 29, 2018.

I have attached a U.S. Postal Service tracking report for the certified mail, No. 70180360000212814621 (attached hereto), indicating that delivery of the summons and complaint was made upon Defendant Donald J. Trump on November 29, 2018. Although I requested return service, the receipt was not returned.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of December, 2018.

<i>/s/ Rebecca Damante</i><br>
Rebecca Damante

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Civil-Process Clerk<br>United States Attorney's Office<br>555 4th Street NW<br>Washington DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>NOV 29 2018 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4250 8121 9816 65 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 0360 0002 1281 4614 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Matthew G. Whitaker<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington DC 20530 | B. Received by (Printed Name)   C. Date of Delivery |
| | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>NOV 29 2018 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4250 8121 9816 96 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 0360 0002 1281 4607 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

ALERT: DUE TO WILDFIRES IN CALIFORNIA, USPS SERVICES ARE IMPACTED IN THOSE ARE…

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70180360000212814621

Remove ✕

**Expected Delivery on**

**THURSDAY**
**29** NOVEMBER 2018 ⓘ

by **8:00pm** ⓘ

Feedback

✓ **Delivered**

November 29, 2018 at 4:16 am
Delivered, To Agent
WASHINGTON, DC 20500

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

November 29, 2018, 4:16 am
Delivered, To Agent
WASHINGTON, DC 20500
Your item has been delivered to an agent at 4:16 am on November 29, 2018 in WASHINGTON, DC 20500.

November 28, 2018, 4:09 pm
Available for Pickup
WASHINGTON, DC 20500

November 28, 2018, 2:53 pm
Arrived at Unit
WASHINGTON, DC 20018

November 28, 2018, 4:46 am
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

November 28, 2018, 12:23 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

November 27, 2018, 11:20 pm
Departed USPS Facility
HYATTSVILLE, MD 20785

November 27, 2018, 9:23 pm
Arrived at USPS Facility
HYATTSVILLE, MD 20785

November 27, 2018, 9:03 pm
Departed USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER ANNEX

November 27, 2018, 5:41 pm
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER ANNEX

November 27, 2018
In Transit to Next Facility

November 26, 2018, 5:58 pm
Departed Post Office
WASHINGTON, DC 20036

November 26, 2018, 4:08 pm
USPS in possession of item
WASHINGTON, DC 20036

Feedback

## Product Information ^

| **Postal Product:** | **Features:** | See tracking for related item: 9590940242508121981672 (/go/TrackConfirmAction?tLabels=9590940242508121981672) |
|---|---|---|
| First-Class Mail® | Certified Mail™ | |

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Feedback

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

Feedback