# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Senator RICHARD BLUMENTHAL, *et al.*,

    Plaintiffs,

v.

MATTHEW G. WHITAKER, *et al.*,

    Defendants.

Civil Action No. 18-2664 (RDM)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice.

Respectfully submitted,

By: /s/ *Anne Tindall*
    Anne Tindall

Anne Tindall (D.C. Bar No. 494607)
Justin Florence (D.C. Bar No. 988953)
Cameron Kistler (D.C. Bar No. 1008922)
THE PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, #163
Washington, DC 20006
(202) 579-4582

Ben Berwick (D.D.C. Bar No. MA0004)
THE PROTECT DEMOCRACY PROJECT
10 Ware St.
Cambridge, MA 02138
(202) 579-4582

Anne.Tindall@protectdemocracy.org
Justin.Florence@protectdemocracy.org
Cameron.Kistler@protectdemocracy.org
Ben.Berwick@protectdemocracy.org

Dated: February 19, 2019

By: /s/ *Brianne J. Gorod*
    Brianne J. Gorod

Elizabeth B. Wydra (D.C. Bar. No. 483298)
Brianne J. Gorod (D.C. Bar No. 982075)
Brian R. Frazelle (D.C. Bar No. 1014116)
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th St. NW, Suite 501
Washington, DC 20036
(202) 296-6889

elizabeth@theusconstitution.org
brianne@theusconstitution.org
brian@theusconstitution.org

## CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2019, the foregoing document was filed with the Clerk of the Court, using the CM/ECF system, causing it to be served on all counsel of record.

Dated: February 19, 2019          Respectfully submitted,

                                        /s/ *Brianne J. Gorod*
                                        Brianne J. Gorod